Nicole Owens
Executive Director
Deborah A. Czuba, Idaho Bar No. 9648
Mary E. Spears, Indiana Bar No. 27353-49
Assistant Federal Defenders
Federal Defender Services of Idaho
702 W. Idaho Street, Suite 900
Boise, ID 83702
Telephone: (208) 331-5530
Facsimile: (208) 331-5559
ECF:  Deborah_A_Czuba@fd.org
        Mary_Spears@fd.org

*Attorneys for Plaintiff-Intervenor Thomas Eugene Creech*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| **GERALD ROSS PIZZUTO, JR.,** | CASE NO. 1:23-cv-0081-BLW |
| Plaintiff, | |
| v. | **MOTION TO INTERVENE** |
| **RAUL LABRADOR**, Attorney General, Idaho Attorney General's Office, in his official capacity, | |
| Defendant. | |

Pursuant to Fed. Rs. Civ. P. 24(a)(2) and 24(b)(1)(B), and for the reasons set forth in the accompanying Memorandum, Thomas Eugene Creech seeks to intervene in the present case. His Complaint-in-Intervention is also attached.

DATED this 14th day of March 2024.

MOTION TO INTERVENE – Page 1

/s/ Mary E. Spears
Mary E. Spears
Deborah A. Czuba
Federal Defender Services of Idaho

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to persons including the following:

Karin Magnelli
Lead Deputy Attorney General
12299 North Orchard Street, Suite 110
Boise, ID 83706
kmagnell@idoc.idaho.gov

Kristina Schindele
Deputy Attorney General
12299 North Orchard Street, Suite 110
Boise, ID 83706
krschind@idoc.idaho.gov

Michael J. Elia
Special Deputy Attorney General
PO Box 6756
Boise, ID 83707
mje@melawfirm.net

/s/ L. Hollis Ruggieri
L. Hollis Ruggieri

MOTION TO INTERVENE – Page 2