UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERALD ROSS PIZZUTO, JR.<br><br>*Plaintiff*,<br><br>v.<br><br>RAÚL LABRADOR, Attorney General, Idaho Attorney General's Office, in his official capacity,<br><br>*Defendant*. | Case No. 1:23-cv-00081-BLW<br><br>**ORDER STAYING ACTION** |

Having considered the parties' stipulation to stay the action (Dkt. 71), the Court finds good cause exists and IT IS HEREBY ORDERED that the action is stayed until construction on the execution unit at F-Block at the Idaho Maximum Security Institution is completed.

DATED: June 2, 2025

_____
B. Lynn Winmill
U.S. District Court Judge

ORDER STAYING ACTION - 1